IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
        v.                    ) Criminal No. 05-183
                              )
DAMIEN LOWRY                  )

ORDER OF COURT

AND NOW, this 29th day of November, 2005, IT IS ORDERED that the change of plea hearing for the above defendant previously scheduled for December 1, 2005, be, and the same hereby is, **rescheduled** before this member of the court for **Monday, December 5, 2005, at 10:30 a.m.,** in Courtroom No. 7B, Seventh Floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania. Defendant is required to be present.

Gustave Diamond
United States District Judge

cc:   Soo C. Song
      Assistant U.S. Attorney

      Stephen R. Greenberg, Esq.
      Greenberg & Bradley
      564 Forbes Avenue
      Suite 1110, Manor Complex
      Pittsburgh, PA 15219

      United States Marshal
      United States Probation
      United States Pretrial Services

AO 72A
(Rev.8/82)